**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:24-CV-01159-O** |
| | § | |
| **SHARNJEET K. SAGOO** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

Before the Court is an Order from the Fifth Circuit Court of Appeals (ECF No. 34) vacating the judgment entered in this Court (ECF No. 26) and remanding the above-captioned case. The Court **ORDERS** parties to meet and confer regarding the appropriate way this case should proceed no later than **November 5, 2026**. It is further **ORDERED** that parties shall submit a joint proposed order setting fort their agreed-upon procedure and proposed deadlines for proceeding on remand no later than **November 19, 2026**.

**SO ORDERED** on this **22nd day** of **October, 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE